**STATE of Minnesota, Respondent,**

v.

**Charles David PICKETT, Appellant.**

**No. C7–83–1676.**

Supreme Court of Minnesota.

May 15, 1984.

Phillip S. Resnick, Resnick & Bartsch, Minneapolis, for appellant.

Hubert H. Humphrey, III, Atty. Gen., Thomas L. Johnson, Hennepin County Atty., Beverly J. Wolfe, Staff Atty., Minneapolis, for respondent.

Review Granted.

**In the Matter of the Trust Created Under the Maurice J. FLORANCE, Jr. Trust Agreement dated January 14, 1954.**

**Patricia FLORANCE and Frank Gaertner, Appellants,**

v.

**MERCANTILE NATIONAL BANK AT DALLAS, Trustee,**

and

**Florence A. Florance, Respondent.**

**No. CO–83–1292.**

Supreme Court of Minnesota.

May 15, 1984.

John A. Forrest, David A. Orenstein, Lindquist & Vennum, Ford W. Crouch, Strong, Tully, Tully & Crouch, Minneapolis, for Patricia Florance and Frank Gaertner.

Bruce Kruger, Robert E. Harding, Gray, Plant, Mooty, Mooty & Bennett, Minneapolis, for Mercantile National Bank at Dallas.

Eric J. Magnuson, Ann B. Burns, Rider, Bennett, Egan & Arundel, Minneapolis, for Florence A. Florance.

Review Granted.